JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Hawthorne Capital, LP, a California limited partnership; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00260-DOC-(JEMx)<br><br>*Hon. David O. Carter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE  [13]**<br><br>Action Filed: January 12, 2021<br>Trial Date:    Not on Calendar |

1

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Hawthorne Capital, LP is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 16, 2021

Hon. David O. Carter
United States District Judge